UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURA HODGKINSON,<br><br>                    Plaintiff,<br><br>v.<br><br>RADY CHILDREN'S HOSPITAL & HEALTH CENTER, JOHN H. NAHEEDY, M.D., JONATHAN L. HALBACH, PAULINA ORDONEZ, and DOES 1 THROUGH 10,<br><br>                    Defendants. | Case No.: 3:25-cv-00084-JES-JLB<br><br>**ORDER SUBSTITUTING UNITED STATES OF AMERICA AS DEFENDANT IN PLACE OF JONATHAN L. HALBACH, M.D.** |

    The United States has filed a Notice pursuant to 28 U.S.C. § 2679(d)(2) certifying that Jonathan L. Halbach, M.D., was an employee of the United States at the time of the incident giving rise to this lawsuit. ECF No. 3. Because the claims against Dr. Halbach arise within the scope of his official duties as an employee of the United States, the torts alleged in the Complaint against Dr. Halbach are deemed to have been brought against the United States under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 2671 *et seq.* ("FTCA"). 28 U.S.C. § 2679(d)(2). Plaintiff's remedy against the United States is

exclusive of any other civil action or proceeding involving the same subject matter and claims against Dr. Halbach. *See* 28 U.S.C. § 2679(b)(1).

Accordingly, the Court finds that this action is an action under the FTCA wherein the United States is a substituted Defendant in place only of Dr. Halbach. The Clerk of Court is ordered to add the United States as a party Defendant in this action in place of Jonathan L. Halbach, M.D.

**IT IS SO ORDERED**.

Dated: January 15, 2025

Honorable James E. Simmons Jr.
United States District Judge